THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee , *v.* FRANK McCALL, Defendant-Appellant.

(No. 56376;

First District (5th Division)—February 16, 1973.

PER CURIAM.

Thomas J. Grippando, of Legal Aid Society, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and James E. Staruck, Assistant State's Attorneys, of counsel,) for the People.